No. 372. THAYER COMPANY ET AL. *v*. NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *Reginald Heber Smith* for petitioners. *Solicitor General Sobeloff, George J. Bott, David P. Findling, Dominick L. Manoli, Norton J. Come* and *Irving M. Herman* for respondent.

No. 373. WISCONSIN ET AL. *v*. FEDERAL POWER COMMISSION. C. A. 7th Cir. Certiorari denied. *Vernon W. Thomson*, Attorney General of Wisconsin, *Harold H. Persons* and *Roy G. Tulane*, Assistant Attorneys General, and *William E. Torkelson* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Melvin Richter, Willard W. Gatchell, John C. Mason* and *Louis C. Kaplan* for respondent.

No. 377. DUGGAN, TRUSTEE, ET AL. *v*. MAGIDSON, EXECUTRIX. C. A. 8th Cir. Certiorari denied. *Geo. O. Durham, Sherman Landau* and *E. M. Munger* for petitioners.

No. 397. JOYCE ET AL. *v*. DELL ET AL. Supreme Court of Minnesota. Certiorari denied. Petitioners *pro se. Michael J. Doherty* for respondents.

No. 401. TEXAS GAS TRANSMISSION CORP. *v*. ATKINS, COMMISSIONER OF FINANCE AND TAXATION OF TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *Edward P. Russell* for petitioner. *George F. McCanless*, Attorney General of Tennessee, *Allison B. Humphreys*, Solicitor General, and *Milton P. Rice*, Assistant Attorney General, for respondent.